## 47711. COWETA BONDING COMPANY v. CARTER.

QUILLIAN, Judge. In the final judgment the trial judge in effect permanently enjoined the appellant from writing bonds in the Coweta Judicial Circuit. Hence, the Supreme Court and not this court has jurisdiction of the appeal.

*Transferred to the Supreme Court. Bell, C. J., and Deen, J., concur.*

SUBMITTED JANUARY 2, 1973 — DECIDED JANUARY 31, 1973.

*Sanders, Mottola, Haugen, Wood & Goodson, Charles Van S. Mottola,* for appellant.